# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:**   **Category No.** II   **Investigating Agency** FBI

**City** Boston   **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____   Case No. 21-mj-_____
Same Defendant _____   New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Omari Peterson   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Boston, MA

Birth date (Yr only): 1982   SSN (last4#): 3921   Sex: M   Race: _____   Nationality: USA

**Defense Counsel if known:** _____   Address: _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** John T. Dawley, Jr.   Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date** 03/05/2021

☑ Already in Federal Custody as of 03/05/2021 in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 03/05/2021   Signature of AUSA: /s/ John Dawley

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   21-mj-

**Name of Defendant**   Omari Peterson

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841 | Possession with intent to distribute, and distribution of, cocaine base and cocaine. | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013